| | |
|---|---|
| DISTRICT COURT, BOULDER COUNTY, COLORADO<br>Boulder Justice Center<br>1777 6th Street<br>Boulder, CO 80302<br><br>**Plaintiff:**<br>PENELOPE "PENNY" MURPHY<br>vs.<br>**Defendant:**<br>COSTCO WHOLESALE CORPORATION a Washington corporation<br><br>**PURVIS • GRAY • THOMSON, LLP**<br>John A. Purvis, Reg. No. 925<br>Michael J. Thomson, Reg. No. 33592<br>4410 Arapahoe Avenue, Suite 200<br>Boulder, Colorado  80303<br>Telephone (303) 442-3366; Fax (303) 440-3688<br>jpurvis@purvisgray.net<br>mthomson@purvisgray.net<br>*Attorneys for Plaintiff* | DATE FILED: July 23, 2021 2:42 PM<br>FILING ID: A4F7F4CB8A140<br>CASE NUMBER: 2021CV30537<br><br><br>▲ **COURT USE ONLY** ▲<br><br>Case No.<br>Division |
| **COMPLAINT AND JURY DEMAND** ||

Plaintiff Penelope "Penny" Murphy, by and through her attorneys, PURVIS • GRAY • THOMSON, LLP, for her Complaint herein alleges the following:

### I. JURISDICTION, VENUE, AND GENERAL ALLEGATIONS

1. This is a personal injury action arising out of an episode which occurred at the Costco location in Superior, Colorado on November 10, 2019.

2. Plaintiff Penny Murphy is a resident of Jefferson County, Colorado.

3. Defendant Costco Wholesale Corporation (hereinafter "Costco" or "Defendant"), at all times relevant to this action, was a corporation organized under the laws of the State of Washington.  Costco is authorized to conduct business in the State of Colorado and its registered agent is C T Corporation System in Centennial, Colorado.

4. Venue is proper in the District Court of Boulder County, Colorado, pursuant to C.R.C.P. 98 as the subject episode occurred in the County of Boulder, Colorado.

5. On November 10, 2019, Plaintiff Penny Murphy was in the entry foyer/vestibule of the Costco store located in Superior, Colorado. As she entered the store, a tall stack of large tires was unnecessarily and inexplicably located in the vestibule/foyer utilized by Plaintiff and others to enter and exit the store. On information and belief, such a condition had existed on the premises for several days prior to the date of the episode at issue herein. The tires were stacked in lashed pairs to a height considerably taller than Plaintiff and others in the store. As she passed the stack, it fell onto her from above her head, hit her from behind, and knocked her to the floor. She was transported by ambulance to Avista Adventist Hospital in Louisville, Colorado.

6. Plaintiff's injuries caused by the events alleged above include, without limitation, the following:

   (a) Severe injuries to, and aggravation of, pre-existing conditions in Plaintiff's neck, back, spine, knees, and, without limitation, bone and tissues in the public area.

   (b) Hospitalization, spinal surgery, other medical and rehabilitative expenses currently in excess of $250,000, and future knee replacement surgery with a probable cost range of $70,000 to $95,000.

   (c) Mental and physical pain and suffering, past and future.

   (d) Loss of life enjoyment and impairment of quality of life, past and future.

   (e) Severe emotional distress.

## II. FIRST CLAIM FOR RELIEF

7. The preceding allegations of this Complaint are incorporated herein by this reference.

8. At all times relevant to this action, Defendant Costco owned, operated, and managed the premises of its store where Plaintiff was injured.

9. Under the Colorado Premises Liability Statute, C.R.S. §13-21-115, Costco was a "landowner" of the subject premises and Plaintiff was an "invitee" on those premises.

10. Defendant created and/or allowed and knew about the dangers on the premises or, as an entity using reasonable care, should have known about the danger presented by the tires stacked in the vestibule/foyer occupied by customers such as Plaintiff.

11. Defendant Costco failed to use reasonable care against the subject danger on its property.

12. Defendant Costco unreasonably failed to exercise reasonable care to protect against the danger of which it actually knew or should have known.

13. Plaintiff's actions in walking in the vestibule/foyer of the subject premises were foreseeable, as were Plaintiff's injuries that resulted as alleged above.

WHEREFORE, Plaintiff seeks judgment against the Defendant in an amount sufficient to compensate Plaintiff for her injuries, damages, and losses, for interest from and after November 10, 2019 as provided by law, costs, expert witness fees, and such other and further relief as the Court deems appropriate.

## JURY DEMAND

**PLAINTIFF HEREBY DEMANDS TRIAL
TO A JURY OF SIX (6) ON ALL ISSUES SO TRIABLE.**

**PURVIS • GRAY • THOMSON, LLP**

*Original Signature of John A. Purvis on file at the offices of Purvis • Gray • Thomson, LLP*

By _____
   John A. Purvis
   Michael J. Thomson

Address of Plaintiff:
17670 W. 94th Drive
Arvada, CO  80007

3